# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WESLEY WELLS, | 1:07-cv-00926 AWI SMS (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING** <br> **IN FORMA PAUPERIS STATUS** |
| K. MENDOZA-POWERS, | |
| Respondent. | |

Petitioner is a state federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   July 3, 2007**          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE