1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE WESLEY WELLS,                    1:07-cv-00926-AWI-SMS (HC)

12              Petitioner,                  ORDER GRANTING EXTENSION OF
                                             TIME TO FILE AMENDED PETITION
13        vs.
                                             (DOCUMENTS #9, 10)
14   K. MENDOZA-POWERS,
                                             THIRTY DAY DEADLINE
15              Respondent.
     _____/
16

17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On September 17, 2007, petitioner filed motions for an extension of time to file

19   an amended petition.  Good cause having been presented to the court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file an

22   amended petition.

23

24   IT IS SO ORDERED.

25   **Dated:    October 9, 2007**            _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28