1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  GEORGE WESLEY WELLS,                            CV F   07-0926 AWI SMS HC

10                        Petitioner,              ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATION; GRANTING
11        v.                                       PETITIONER'S MOTION TO AMEND
                                                   PETITION NUNC PRO TUNC; DENYING
12                                                 RESPONDENT'S MOTION TO DISMISS,
    K. MENDOZA-POWERS,                             AND REFERRING MATTER BACK TO
13                                                 MAGISTRATE JUDGE FOR FURTHER
                          Respondent.              PROCEEDINGS
14
    _____ /             [Doc. 13]
15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18        On November 29, 2007, the Magistrate Judge issued Findings and Recommendation that

19  Respondent's motion to dismiss the petition be DENIED as MOOT.  This Findings and

20  Recommendation was served on all parties and contained notice that any objections were to be

21  filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed

22  and no party has filed objections.

23        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

24  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

25  Findings and Recommendation is supported by the record and proper analysis.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.      The Findings and Recommendation issued November 29, 2007, is ADOPTED IN

28                FULL;

1

1    2.    Petitioner's motion to amend the petition is GRANTED nunc pro tunc to October

2          22, 2007;

3    3.    Respondent's motion to dismiss the petition as containing both exhausted and

4          unexhausted claims is DENIED as MOOT; and,

5    4.    The matter is referred back to the Magistrate Judge for issuance of a further

6          briefing schedule addressing the merits of the exhausted claims.

7

8  IT IS SO ORDERED.

9  **Dated:    January 17, 2008**                        /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28