# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE WESLEY WELLS,

                Petitioner,

   v.

K. MENDOZA-POWERS,

                Respondent.

_____/

CV F   07-0926 AWI SMS HC

ORDER DIRECTING RESPONDENT TO
SUBMIT ANSWER TO AMENDED PETITION
WITHIN FORTY-FIVE DAYS FROM THE
DATE OF SERVICE OF THIS ORDER

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Following the filing of an amended petition on October 22, 2007, deleting the unexhausted claims, it is HEREBY ORDERED that:

      1.      Within **forty-five (45)** days from the date of service of this order, Respondent shall file an answer addressing the merits of the amended petition;

      2.      Within **thirty (30)** days from the date Respondent's files her answer, Petitioner may file a traverse; and,

      3.      All provisions set forth in the Court's July 5, 2007, order to respond remain in full force and effect.

IT IS SO ORDERED.

**Dated:**   **February 5, 2008**                   **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE